```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                   Plaintiff,

-against-

UNIVERSAL POOL CO., INC.,

                   Defendant.

1:22-cv-10892

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Parties were directed to submit documents in anticipation of the Initial Pretrial Conference in this case one week in advance of the conference. [ECF No. 8]. No documents were timely filed. Accordingly, IT IS HEREBY ORDERED that the Parties shall file the requisite documents by July 6, 2023 at 10:00 AM. The Parties should further explain why they failed to comply with the Court's order. Failure to comply with this Order may result in sanctions, including preclusion of a claim or defense, or dismissal of this action.

**SO ORDERED.**

**Date: July 5, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**